UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SUH,

                Petitioner,

    -against-

DEPT OF JUSTICE,

               Respondent.

22-CV-3741 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued May 10, 2022, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Andrew Suh may wish to bring in the future.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 10, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge